AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| BRIAN BACKUES | ) |
| _Defendant(s)_ | ) |

Case No.  2:25-mj-238

FILED

OCT 2 8 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 5 and March 12 _____ in the county of _____ Portsmouth, Virginia _____ in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct |
| 18 U.S.C. 2242(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. 2252(a)(4)(B) | Possession of Images Depicting Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
See Attached

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Matthew J. Heck

_Complainant's signature_

David Desy

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 10/28/2025 _____

_Judge's signature_

City and state: _____ Norfolk, Virginia _____

US Magistrate J. Lawrence R. Leonard

_Printed name and title_